

2015 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

6-16-2015

# Minikan Johnson v. Attorney General United States

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2015

## Recommended Citation

"Minikan Johnson v. Attorney General United States" (2015). *2015 Decisions.* Paper 624.
http://digitalcommons.law.villanova.edu/thirdcircuit_2015/624

This June is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2015 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

February 3, 2015

No. 12-3343

MINIKAN WRETH JOHNSON,
Petitioner

v.

ATTORNEY GENERAL OF THE UNITED STATES OF AMERICA,
Respondent

(Agency No. 079-925-413)

Present:  HARDIMAN, SCIRICA and ROTH, Circuit Judges

1.  Motion by Respondent to Clarify or Amend Decision of December 17, 2014.
2.  Response in Opposition by Petitioner to Motion to Clarify or Amend Decision of December 17, 2014.

Respectfully,
Clerk/tmm

_____ORDER_____

The foregoing motion to clarify or amend the decision of December 17, 2014 is granted. Upon further review, the Court will issue an amended opinion.  The amended opinion does not affect the entry of judgment.

By the Court,

s/Anthony J. Scirica
Circuit Judge

Dated: June 16, 2015
tmm/cc: Herbert C. Shelley, Esq.
Jessica L. Urban, Esq.
Jeffrey Bernstein, Esq.
Margaret A. O'Donnell, Esq.
Ann C. Varnon, Esq.